U.S. STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRENDIA FORD     *     CIVIL ACTION
*PLANTIFFF*

    *

VERSUS     *     DATE: July 3, 2012

    *

YOLANDA FEAST, JACKIE RICHARDSON, ET.AL     *

*DEFENDANT*     *

*****************************************************************

**COMPLAINT ON DEFENDANT'S VIOLATIONS OF THE INTERNAL REVENUE ACT (WHISTLE BLOWER ACT) AND CONSOLIDATE INVESTIGATIONCASES**

*****************************************************************

Now into court comes, Brendia Joycia Ford as CEO of the 501(c) non-profit Second Chance Inc. (Prose) Plaintiff to file this complaint for investigation and prosecution of this group of individuals that falsely, without permission fraudulently utilized the 501(c) non-profit tax ID numbers to receive tax exemptions that they did not earn. The charge of slander is also incorporated with the charge and will be investigated and hopefully prosecuted.

The Plaintiff in an attempt to rectify the tax lien place on the Second Chance Academy bank account initiated restoration measures by contacting all identified improper exemptors and those with proper permission. They were sent certified letters and first asked only for late penalties. The tax years ranged from ____1999____ to __2010_. Only a few replied in an attempt to avoid criminal punishment. Many of the violators paid only a minimal and others

1

paid nothing. Plaintiff avert that this was only an attempt to collect interest to remove tax lien. The full payment balance now will be through the Internal Revenue Service.

Plaintiff in an attempt to work with everyone contacted violators by phone and correspondence, even though they used this tax ID without Plaintiff knowledge. These violations alleged that another entity provided these numbers to them without any proof to validate their claims. The violators then attacked the creditability of the Plaintiff through vicious slander techniques.

Plaintiff in some cases granted the criminal violators the opportunity to complete voluntary community hours. When Plaintiff asked the alleged criminal violators to rectify criminal wrong doings violators did not want to resolve the matter instead they: 1. Refused to sign the volunteer sheet to be sent the Internal Revenue, 2. Avoided payment of interest which in turn mandated that the Plaintiff had to pay, $2500.00 plus taxes for Jackie Richardson and Yolanda Feast; $25,000 plus interest for Hermon Dillion; $25,000 for Deric Chambers; $1,500 plus, and 3. Attached are the names of alleged violators that did not pay. There are (25) more violators identified. This is only interest. The principal defect will be validated by the I.R.S. All chargers have been levied with I.R.S. in an attempt to stop false accusations, slander, and refunds of year 2011 that was not given to the I.R.S.

Plaintiff attests the fact that the school accounts for checking, savings, bonds, and etc. had to be closed due to lack of payments of interest. These interest payments are due by the violators not the plaintiff.

2

Case 3:12-cv-00585-JJB-SCR   Document 1   09/21/12   Page 2 of 4

Plaintiff averts a humble a claim of relief, investigation and prosecution of all claimant that do possess the amendment number in this case. Plaintiff prays that this court grant this investigated complaint.

Respectfully,

*Brendia Ford*
Brendia Ford
P.O. Box 15601
Baton Rouge, LA

IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Brendia Ford - Plaintiff
vs.
Jacqueline Richardson
Yolanda Feast Holmes et.al.

## PROOF OF SERVICE

I, Brendia Ford, do swear or declare that on this date, June 9, 2012, I have served the enclosed COMPLIANT on each party to the above proceeding required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid.

The names and addresses of those served are as follows:
Jacqueline Richardson
2273 Cabo Lane
Denham Springs, LA 70726

Yolanda Feast Holmes et. al.
4823 Notthingham
New Orleans, LA 70127

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2012

*Signature*

Brendia Ford, Pro Se
P.O. Box 15601
Baton Rouge, LA 70895